UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | ) | Chapter 11 |
| | ) | |
| BEACON HILL PREPARATORY | ) | Case No. 08 B 35236 |
| ACADEMY, INC., | ) | |
| Debtor. | ) | Judge Bruce W. Black |
| | ) | |

**ORDER ENTERING FINAL DECREE AND CLOSING CASE**

This matter coming to be heard on the status hearing on Debtor's confirmed plan, for the reasons stated from the bench,

IT IS HEREBY ORDERED that pursuant to Local Rule 3022-1, cause exists for entering a final decree closing this case and, therefore, a final decree closing this case is hereby entered; and;

IT IS FURTHER ORDERED that the Debtor pay $650.00 to the United States Trustee as and for fees due under 28 U.S.C. § 1930; and

IT IS FURTHER ORDERED that the Clerk close this case forthwith.

DATED: October 29, 2009          ENTER: _____
                                                           Bruce W. Black
                                                           United States Bankruptcy Judge